1 Andrew D. Skale, Esq. (SBN 211096)
askale@mintz.com
2 Nathan R. Hamler, Esq. (SBN 227765)
nhamler@mintz.com
3 MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
3580 Carmel Mountain Road, Suite 300
4 San Diego, CA  92130
Telephone:  (858) 314-1500
5 Facsimile:   (858) 314-1501

6 Attorneys for Plaintiff
UPPER DECK INTERNATIONAL B.V.
7
Craig M. Nicholas (SBN 178444)
8 cnicholas@nblaw.org
Alex Tomasevic (SBN 245598)
9 atomasevic@nblaw.org
Mei-Ying Imanaka (SBN 280472)
10 mimanaka@nblaw.org
NICHOLAS & BUTLER, LLP
11 225 Broadway, 19th Floor
San Diego, CA  92101
12 Telephone: (619) 325-0492
Facsimile:  (619) 325-0496
13
Attorneys for Defendants
14 THE UPPER DECK COMPANY (CA & NV) and RICHARD MCWILLIAM

15                    UNITED STATES DISTRICT COURT

16                   SOUTHERN DISTRICT OF CALIFORNIA

17

18

| | |
|---|---|
| 19  UPPER DECK INTERNATIONAL B.V., a Netherlands corporation, | Case No. 11CV1741 LAB (KSC) |
| 20                        Plaintiff, | **STIPULATION AND JOINT MOTION TO EXTEND FACTUAL DISCOVERY CUT-OFF** |
| 21         v. | |
| 22  THE UPPER DECK COMPANY, a California | Hon. Magistrate Judge Karen S. Crawford |
| 23  corporation; THE UPPER DECK COMPANY, a Nevada Corporation; RICHARD McWILLIAM, | Complaint Filed: 08/04/2011 |
| 24  an Individual; and Does 1-10, | |
| 25                        Defendants. | |
| 26  AND RELATED COUNTERCLAIMS. | |

27

28

1   WHEREAS, on July 27, 2012, the Court issued a Scheduling Order Regulating Discovery

2   and Other Pre-trial Proceedings (the July 27, 2012 Scheduling Order), which set a deadline for fact

3   discovery of November 30, 2012;

4   WHEREAS, this case involves an international dispute (plaintiff UDI is a Netherlands

5   corporation) involving multiple, potential witnesses both within the United States and located

6   overseas, including in the Netherlands, Spain, France, and Australia, who a party or parties may

7   seek to depose, if necessary, through international conventions like the Hague Convention.

8   Defendants, for example, have submitted two applications for letters rogatory, which are currently

9   set for hearing on December 10, 2012, seeking discovery in Europe and Australia.  Further,

10  conducting such discovery of foreign witnesses may require the parties to spend time locating and

11  securing appropriate local counsel in such jurisdictions.

12   Whereas, given the above, the parties believe that more time is necessary to allow them to

13  complete fact discovery:

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

STIPULATION AND JOINT MOTION  TO EXTEND FACTUAL DISCOVERY CUT-OFF     Case No. 11CV1741 LAB (KSC)

1    WHEREFORE, the parties hereby stipulate and respectfully request that the Court order as

2  follows:

3        1.      That paragraph 2 of the July 27, 2012 Scheduling Order be modified to provide that

4  all fact discovery shall be completed by all parties on or before April 1, 2013; and

5        2.      That the July 27, 2012 Scheduling Order otherwise shall remain in full force and

6  effect (but the parties may, in the future propose modification of the expert discovery completion

7  date and date for the mandatory settlement conference if it becomes necessary to make such a

8  request).

9        **IT IS SO STIPULATED.**

10  Dated:  October 16, 2012                    NICHOLAS & BUTLER, LLP

11

12                                              By  s/  Mei-Ying Imanaka
                                                    Craig M. Nicholas, Esq.
13                                                  Alex Tomasevic, Esq.
                                                    Mei-Ying Imanaka, Esq.

14                                                  Attorneys for Defendants
15                                                  THE UPPER DECK COMPANY (CA & NV)
                                                    and RICHARD MCWILLIAM
16

     Dated:  October 16, 2012                    MINTZ LEVIN COHN FERRIS GLOVSKY AND
17                                               POPEO PC

18

19                                              By  s/  Nathan R. Hamler
                                                    Nathan R. Hamler, Esq.
20
                                                    Attorneys for Plaintiff
21                                                  UPPER DECK INTERNATIONAL B.V.

22

23

24

25

26

27

28

STIPULATION AND JOINT MOTION  TO EXTEND FACTUAL DISCOVERY CUT-OFF    Case No. 11CV1741 LAB (KSC)

**CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and am not a party to the above-entitled action.

On October 16, 2012, I filed a copy of the following document:

**STIPULATION AND JOINT MOTION TO EXTEND FACTUAL DISCOVERY CUT-OFF**

by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Alex M. Tomasevic**    atomasevic@nblaw.org, kklinzman@nblaw.org, rshelton@nblaw.org

- **Andrew D. Skale**    askale@mintz.com, bwagner@mintz.com, Docketing@mintz.com, kearle@mintz.com

- **Craig McKenzie Nicholas**    cnicholas@nblaw.org, kklinzman@nblaw.org

- **Mei-Ying M. Imanaka**    mimanaka@nblaw.org, kklinzman@nblaw.org

- **Nathan R. Hamler**    nhamler@mintz.com, docketing@mintz.com, kjenckes@mintz.com

Executed on October 16, 2012, at San Diego, California.  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

s/ Nathan R. Hamler
Andrew D. Skale, Esq.
Nathan R. Hamler, Esq.

6890584v.1
CERTIFICATE OF SERVICE

1

Case No. 11CV1741 LAB (KSC)