1   Andrew D. Skale, Esq. (SBN 211096)
    askale@mintz.com
2   Nathan R. Hamler, Esq. (SBN 227765)
    nhamler@mintz.com
3   MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
    3580 Carmel Mountain Road, Suite 300
4   San Diego, CA  92130
    Telephone:   (858) 314-1500
5   Facsimile:   (858) 314-1501

6   Attorneys for Plaintiff
    UPPER DECK INTERNATIONAL B.V.
7
    Craig M. Nicholas (SBN 178444)
8   cnicholas@nblaw.org
    Alex Tomasevic (SBN 245598)
9   atomasevic@nblaw.org
    Mei-Ying Imanaka (SBN 280472)
10  mimanaka@nblaw.org
    NICHOLAS & BUTLER, LLP
11  225 Broadway, 19th Floor
    San Diego, CA  92101
12  Telephone:   (619) 325-0492
    Facsimile:   (619) 325-0496
13
    Attorneys for Defendants
14  THE UPPER DECK COMPANY (CA & NV) and RICHARD MCWILLIAM

15                  UNITED STATES DISTRICT COURT

16                SOUTHERN DISTRICT OF CALIFORNIA

17

18

| | |
|---|---|
| 19  UPPER DECK INTERNATIONAL B.V.,<br>20  a Netherlands corporation,<br><br>21                              Plaintiff,<br><br>          v.<br>22<br>    THE UPPER DECK COMPANY, a<br>23  California corporation; THE UPPER<br>    DECK COMPANY, a Nevada<br>24  Corporation; RICHARD McWILLIAM,<br>    an Individual; and Does 1-10,<br>25<br>                              Defendants.<br>26<br>    AND RELATED COUNTERCLAIMS. | Case No. 11CV1741 LAB (KSC)<br><br>**STIPULATION AND JOINT MOTION TO MOVE DISCOVERY PRE-TRIAL HEARING DATES**<br><br>Hon. Magistrate Judge Karen S. Crawford<br><br>Complaint Filed: 08/04/2011 |

27

28

WHEREAS, on July 27, 2012, the Court issued a Scheduling Order Regulating Discovery and Other Pre-trial Proceedings (the July 27, 2012 Scheduling Order), which set a deadline for fact discovery of November 30, 2012;

WHEREAS, on October 25, 2012, the Court issued an Order (pursuant to the parties' stipulation) amending paragraph 2 of the July 27, 2012 Scheduling Order regarding the cutoff for fact discovery in this case;

WHEREAS, this case involves an international dispute (plaintiff UDI is a Netherlands corporation) involving multiple, potential witnesses both within the United States and located overseas, including in the Netherlands, Spain, France, and Australia, who a party or parties may seek to depose, if necessary, through international conventions like the Hague Convention.  Defendants, for example, have submitted two applications for letters rogatory, which are currently pending before the Court, seeking discovery in Europe and Australia.  Further, conducting such discovery of foreign witnesses may require the parties to spend time locating and securing appropriate local counsel in such jurisdictions;

WHEREAS, on January 5, 2013, Defendant Richard McWilliam passed away, which has impeded Defendants' ability to coordinate efforts necessary to vigorously defend this lawsuit, and which has also impeded the parties' ability to move forward with this litigation;

WHEREAS, considering the above, on January 31, 2013, the parties submitted a stipulation and joint motion to extend out discovery and other pre-trial dates (Document No. 91), and contacted the Court to request that a settlement conference be set; the Court set a settlement conference for February 26, 2013 at the parties' request, which was subsequently continued, but has not issued an Order on the parties' January 31, 2013 joint motion;

WHEREAS, Defendants currently anticipate that the trust and estate issues regarding Mr. McWilliams' estate should be clarified in April 2013, after which Defendants will be prepared to reschedule a settlement conference with the Court;

WHEREFORE, the parties hereby stipulate and respectfully request that the Court order as follows:

1.      Within ten (10) business days of the aforementioned trust and estates action regarding Mr. McWilliam's estate being resolved, the parties will meet and confer regarding dates of availability for a settlement conference before Magistrate Judge Crawford to take place on the soonest date and time possible that is mutually convenient to the parties and the Court;

2.      Paragraph 2 of the July 27, 2012 Scheduling Order be amended to provide that all fact discovery shall be completed by all parties on or before August 30, 2013;

3.      Paragraph 3 of the July 27, 2012 Scheduling Order be amended to provide that the parties' deadline to designate their respective experts in writing shall be June 17, 2013.  Further, the date for exchange of rebuttal experts shall be on or before July 1, 2013;

4.      Paragraph 4 of the July 27, 2012 Scheduling Order be amended to provide that, on or before August 2, 2013, each party shall comply with the disclosure provisions in Rule 26(a)(2)(A) and (B) of the Federal Rules of Civil Procedure;

5.      Paragraph 5 of the July 27, 2012 Scheduling Order be amended to provide that any party shall supplement its disclosure regarding contradictory or rebuttal evidence under Rule 26(a)(2)(c) on or before August 16, 2013;

6.      Paragraph 6 of the July 27, 2012 Scheduling Order be amended to provide that all expert discovery shall be completed by all parties on or before August 30, 2013;

7.      Paragraph 8 of the July 27, 2012 Scheduling Order be amended to provide that a mandatory settlement conference shall be conducted in September 2013 in the Chambers of Magistrate Judge Karen S. Crawford at a date and time convenient for this Court.  All parties shall submit confidential settlement briefs directly to chambers no later than one week before the settlement conference.

8.      Paragraph 9 of the July 27, 2012 Scheduling Order be amended to provide that all other pretrial motions must be filed on before October 18, 2013;

9.      Paragraph 11 of the July 27, 2012 Scheduling Order be amended to provide that counsel shall comply with the pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) on or before December 31, 2013;

10.     Paragraph 12 of the July 27, 2012 Scheduling Order be amended to provide that counsel shall meet and confer and take the action required by Local Rule 16.1(f)(3) on or before January 10, 2014;

11.     Paragraph 13 of the July 27, 2012 Scheduling Order be amended to provide that on or before January 17, 2014, plaintiff's counsel must provide opposing counsel with the proposed pretrial order for review and approval;

12.     Paragraph 14 of the July 27, 2012 Scheduling Order be amended to provide that the Proposed Final Pretrial Conference Order, including objections to any other parties' Federal Rule 26(a)(3) Pretrial Disclosures shall be prepared, served and lodged with the assigned District Judge on or before January 24, 2014;

///
///
///
///
///
///
///
///
///
///
///
///
///

3

13.     Paragraph 15 of the July 27, 2012 Scheduling Order be amended to provide that the final Pretrial Conference be scheduled on the calendar of Judge Burns in February 2014, at a date and time convenient for the Court.

**IT IS SO STIPULATED.**

Dated:  March 29, 2013                    NICHOLAS & BUTLER, LLP


By  s/Mei-Ying Imanaka
    Craig M. Nicholas, Esq.
    Alex Tomasevic, Esq.
    Mei-Ying Imanaka, Esq.

    Attorneys for Defendants
    THE UPPER DECK COMPANY (CA & NV) and RICHARD MCWILLIAM

Dated:  March 29, 2013                    MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC


By  s/Nathan Hamler
    Nathan R. Hamler, Esq.

    Attorneys for Plaintiff
    UPPER DECK INTERNATIONAL B.V.

## CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and am not a party to the above-entitled action.

On March 29, 2013, I filed a copy of the following document:

### STIPULATION AND JOINT MOTION TO MOVE DISCOVERY PRE-TRIAL HEARING DATES

by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Alex M. Tomasevic**       atomasevic@nblaw.org, klinzman@nblaw.org, rshelton@nblaw.org

- **Andrew D. Skale**         askale@mintz.com, bwagner@mintz.com, Docketing@mintz.com, kearle@mintz.com

- **Craig McKenzie Nicholas**  cnicholas@nblaw.org, kklinzman@nblaw.org

- **Mei-Ying M. Imanaka**     mimanaka@nblaw.org, kklinzman@nblaw.org

- **Nathan R. Hamler**        nhamler@mintz.com, docketing@mintz.com, kjenckes@mintz.com

Executed on March 29, 2013, at San Diego, California.  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

s/ Nathan R. Hamler
Andrew D. Skale, Esq.
Nathan R. Hamler, Esq.

13844000v.2

1

**CERTIFICATE OF SERVICE**                              Case No. 11CV1741 LAB (KSC)